SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com

Attorneys for Plaintiff,
JULIO CRUZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CRUZ,<br><br>                Plaintiff,<br><br>     vs.<br><br>MG LAND CO., A CALIFORNIA LIMITED PARTNERSHIP; PACIFIC PREMIER BANK; and DOES 1 to 10,<br><br>                Defendants. | Case No.: 8:24-cv-01373-DDP (JCx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff JULIO CRUZ ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.

DATED: August 28, 2024                **SO. CAL EQUAL ACCESS GROUP**

                                                         */s/ Jason J. Kim*
                                                        JASON J. KIM
                                                        Attorney for Plaintiff