1  OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
2  DAVID RAIZMAN, CA Bar No. 129407
    david.raizman@ogletree.com
3  NICHOLAS MARFORI, CA Bar No. 311765
    nicholas.marfori@ogletree.com
4  400 South Hope Street, Suite 1200
    Los Angeles, CA 90071
5  Telephone: 213-239-9800
    Facsimile: 213-239-9045
6
7  Attorneys for Defendants
    MG LAND CO. and PACIFIC PREMIER BANK

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JULIO CRUZ,  | Case No. 8:24-cv-01373 DDP (JCx)
12 |   Plaintiff, | **JOINT STIPULATION AND REQUEST TO VACATE CASE DATES AND DEADLINES AND SET OSC RE: DISMISSAL IN 60 DAYS**
13 |   v.
14 | MG LAND CO., A CALIFORNIA LIMITED PARTNERSHIP; PACIFIC PREMIER BANK; and DOES 1 to 10,
15 |   | Complaint Filed: June 21, 2024
    |   | Trial Date: None
16 |   Defendants. | District Judge: Hon. Dean D. Pregerson
    |   |   Courtroom 9C, First St.
17 |   | Magistrate Judge: Hon. Jacqueline Chooljian
18 |   |   Courtroom 750, Roybal

19
20
21
22
23
24
25
26
27
28

1

Case No. 8:24-cv-01373 DDP (JCx)

1  IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Julio Cruz ("Plaintiff") and defendants Pacific Premier Bank and MG Land Co. ("Defendants") (collectively, the "Parties"), by and through their respective attorneys of record, as follows:

WHEREAS, on June 21, 2024, Plaintiff filed his Complaint in the United States District Court, Central District of California, Case Number 8:24-cv-01373 DDP (JCx);

WHEREAS, on August 28, 2024, Plaintiff filed a Notice of Settlement (ECF No. 14) and thereafter, the Court issued its Notice informing the Parties that they must file a separate request and proposed order to vacate case dates and deadlines (ECF No. 15);

THEREFORE, pursuant to the Court's Notice (ECF No. 15), Plaintiff and Defendant hereby stipulate and jointly request that the Court issue an Order vacating all case dates and deadlines and setting an OSC re Dismissal in 60 days after the date of issuance of such Order.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED: October 2, 2024

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Nicholas Marfori
David Raizman
Nicholas Marfori

Attorneys for Defendants
MG LAND CO. and PACIFIC PREMIER BANK

| | |
|---|---|
| DATED: October 2, 2024 | SO. CAL. EQUAL ACCESS GROUP |
| | By: /s/ Jason Yoon, Esq.<br>     Jason Yoon, Esq. |
| | Attorneys for Plaintiff<br>Julio Cruz |

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Nicholas Marfori, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 2, 2024                    By: /s/ J. Nicholas Marfori

4

Case No. 8:24-cv-01373 DDP (JCx)
JOINT STIPULATION AND REQUEST TO VACATE CASE DATES AND DEADLINES
AND SET OSC RE: DISMISSAL IN 60 DAYS

64544405.v1-OGLETREE